# Court of Appeals
# of the State of Georgia

ATLANTA, May 04, 2023

*The Court of Appeals hereby passes the following order*

## A23I0193. PEACHSTATE HOSPITALITY, LLC v. HILLARY CRANFORD, AS GUARDIAN OF A. B., A MINOR.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

STSV2022000556



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, May 04, 2023.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.